UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AUSTIN MICHAEL WYNN,

        Petitioner,        Case No. 1:15-cv-1198

v.        Honorable Paul L. Maloney

CARMEN PALMER,

        Respondent.

_____/

**ORDER**

In accordance with the Opinion entered this day:

**IT IS ORDERED** that a certificate of appealability is **DENIED**.

Dated:  January 20, 2016        /s/ Paul L. Maloney
                                                                 Paul L. Maloney
                                                                 United States District Judge