UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AUSTIN MICHAEL WYNN,

        Petitioner,                      Case No. 1:15-cv-1198

v.                                            Honorable Paul L. Maloney

CARMEN PALMER,

        Respondent.
_____/

## JUDGMENT

In accordance with the Opinion entered this day:

**IT IS ORDERED** that Petitioner's application for habeas corpus relief be **DISMISSED** with prejudice pursuant to Rule 4 of the Rules Governing § 2254 Cases because it fails to raise a meritorious federal claim.

Dated: January 20, 2016           /s/ Paul L. Maloney
                                                Paul L. Maloney
                                                United States District Judge